UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

| | | |
|---|---|---|
| JOHN PINNICCHIA, | : | Case No. 17-cv-2139(VAB) |
|    Plaintiff, | : | |
| | : | |
| v. | : | |
| | : | |
| U.S. DEPT. OF VETERANS AFFAIRS, | : | |
|    Defendants. | : | July 13, 2018 |

**MOTION TO SEAL EXHIBIT**

Pursuant to Local Rule of Civil Procedure 5(e), the defendant, the United States Department of Veterans Affairs, respectfully moves the court to seal Exhibit F to the Declaration of Quinn D. Martin, which supports the Local Rule 56(a)(1) Statement of Undisputed Material Facts filed in connection with the defendant's motion for summary judgment.   The complaint in this case challenges certain redactions made by the defendant to a document released to the plaintiff pursuant to the Freedom of Information Act.  Pursuant to 5 U.S.C. § 552(a)(4)(B), the court "may examine the contents of such agency records <u>in camera</u> to determine whether such records or any part thereof shall be withheld under any of the exemptions" under FOIA.  In connection with its motion for summary judgment, the defendant has agreed to a request by the plaintiff to submit an unredacted copy of the requested record for <u>in camera</u> review (subject to the court's decision to exercise its discretion to review the document <u>in camera</u>).  That document has been provided as an exhibit to the defendant's declaration in support of its motion for summary judgment, and the defendant by this motion seeks to seal it.

WHEREFORE, the defendant respectfully moves the court to seal Exhibit F to the Declaration of Quinn D. Martin.

Respectfully submitted,

John H. Durham
United States Attorney

  /s/
John W. Larson (ct28797)
Assistant United States Attorney
District of Connecticut
450 Main Street, Room 328
Hartford, CT 06103
T:  (860) 947-1101
F:  (860) 760-7979
john.larson@usdoj.gov